```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 18296
    CHRISTOPHER L TOWNSEND
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-6341


------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 10/05/2007 and was confirmed 12/12/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  71.00%.

     The case was dismissed after confirmation 05/07/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------
DUTTON & DUTTON            NOTICE ONLY   NOT FILED              .00            .00
CENTRIX FINANCIAL LLC      SECURED VEHIC   19174.00          238.00        1246.80
CENTRIX FINANCIAL LLC      UNSECURED            .52             .00            .00
HOMEQ SERVICING            CURRENT MORTG        .00             .00            .00
HOMEQ SERVICING            MORTGAGE ARRE        .00             .00            .00
AAA CHECKMATE              NOTICE ONLY   NOT FILED              .00            .00
ARROW ACCEPTANCE CORP      NOTICE ONLY   NOT FILED              .00            .00
ALLIANCE ONE               NOTICE ONLY   NOT FILED              .00            .00
BROTHER LOAN               NOTICE ONLY   NOT FILED              .00            .00
BUREAU OF COLLECTION REC   UNSECURED     NOT FILED              .00            .00
CASH TRANSFER CENTERS      NOTICE ONLY   NOT FILED              .00            .00
CITY OF CHICAGO PARKING    UNSECURED         1120.00            .00            .00
COMPEX TECHNOLOGIES        UNSECURED     NOT FILED              .00            .00
CREDIT MANAGEMENT INC      UNSECURED     NOT FILED              .00            .00
ROUNDUP FUNDING LLC        UNSECURED         1876.54            .00            .00
DEPENDON COLLECTION SERV   UNSECURED     NOT FILED              .00            .00
ER SOULTIONS INC           NOTICE ONLY   NOT FILED              .00            .00
GC SERVICES DATA CONTROL   NOTICE ONLY   NOT FILED              .00            .00
HARRIS & HARRIS            NOTICE ONLY   NOT FILED              .00            .00
ECAST SETTLEMENT CORP      UNSECURED          649.15            .00            .00
IC SYSTEM INC              UNSECURED           70.40            .00            .00
IC SYSTEM INC              UNSECURED           50.98            .00            .00
IL DEPT OF EMPLOYMENT SE   UNSECURED         2243.10            .00            .00
ILLINOIS ATTORNEY GENERA   NOTICE ONLY   NOT FILED              .00            .00
ILLINOIS TITLE LOANS       UNSECURED     NOT FILED              .00            .00
ILLINOIS STATE TOLL HIGH   UNSECURED     NOT FILED              .00            .00
MRSI                       UNSECURED     NOT FILED              .00            .00
PFG OF MINNESOTA           NOTICE ONLY   NOT FILED              .00            .00
PORTFOLIO RECOVERY ASSOC   NOTICE ONLY   NOT FILED              .00            .00
RIDGE REHABILITATION CEN   UNSECURED     NOT FILED              .00            .00
RMI/MCSI                   UNSECURED          775.00            .00            .00
RMI/MCSI                   UNSECURED     NOT FILED              .00            .00

                   PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 18296 CHRISTOPHER L TOWNSEND
```

```
TARGET NATIONAL BANK      UNSECURED          634.69            .00              .00
TRANSWORLD SYSTEMS        NOTICE ONLY    NOT FILED             .00              .00
JEFFERSON CAPITAL SYSTEM  UNSECURED          659.88            .00              .00
ER SOLUTIONS INC          UNSECURED         1411.03            .00              .00
JEFFERSON CAPITAL SYSTEM  UNSECURED          428.07            .00              .00
BROTHER LOAN & FINANCE C  UNSECURED         2130.89            .00              .00
AAA CHECKMATE             UNSECURED         2215.30            .00              .00
LEGAL HELPERS PC          DEBTOR ATTY          .00                              .00
TOM VAUGHN                TRUSTEE                                           115.20
DEBTOR REFUND             REFUND                                                .00
```

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                      RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE               1,600.00

PRIORITY                                          .00
SECURED                                      1,246.80
    INTEREST                                   238.00
UNSECURED                                         .00
ADMINISTRATIVE                                    .00
TRUSTEE COMPENSATION                           115.20
DEBTOR REFUND                                     .00
                    ---------------        ---------------
TOTALS                1,600.00                1,600.00

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 08/26/08              _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                         PAGE   2
      CASE NO. 07 B 18296 CHRISTOPHER L TOWNSEND